NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD L. ABRAMS,**
*Petitioner,*

v.

**SOCIAL SECURITY ADMINISTRATION,**
*Respondent.*

---

2011-3177

---

Petition for review of the Merit Systems Protection Board in case no. CB7521080001-T-1.

---

## ON MOTION

---

## ORDER

Richard L. Abrams moves without opposition for a 60-day extension of time, until February 7, 2012, to file his principal brief, and for an extension of time, until February 14, 2012, for Amicus Assoication of Administrative Law Judges to file its amicus brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

**DEC 0 6 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Peter B. Broida, Esq.
Elizabeth M. Hosford, Esq.
Donald J. Willy, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 6 2011

JAN HORBALY
CLERK